SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Leah.Bolstad@usdoj.gov
Assistant United States Attorney
**ETHAN G. BODELL, PASB #321830**
Ethan.Bodell@usdoj.gov
Special Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00280-JR |
| v. | **GOVERNMENT'S EXHIBIT LIST** |
| **DAVID PEARL,** | |
|       **Defendant.** | |

| Government's Exhibits ||||||
| No. | Description | Status | Issue(s) Raised | Identified | Admitted |
|---|---|---|---|---|---|
| 1 | Google Map of Greater Portland | | | | |
| 2 | Google Map of South Portland | | | | |
| 3 | Google Map Street View of ICE Building | | | | |
| 4 | Multnomah County Property Record – 4310 S. Macadam Ave | | | | |
| 5 | Property Line/Map Overlay | | | | |
| 6 | LRAD[1] Warning – Audio | | | | |
| 7 | LRAD Warning – Transcribed | | | | |
| 8 | June 21 Surveillance Video | | | | |
| 9 | June 21 Surveillance Still Photo | | | | |
| 10 | June 21 Booking Photos | | | | |
| 11 | June 29 Surveillance Video Angle 1 | | | | |
| 12 | June 29 Surveillance Video Angle 2 | | | | |
| 13 | June 29 Surveillance Still Photo | | | | |
| 14 | June 29 Booking Photos | | | | |

/ / /

/ / /

/ / /

---

[1] "LRAD" stands for long-range acoustic device (in this case, a crowd-control loudspeaker affixed to the exterior of the Immigration and Customs Enforcement facility in Portland, OR).

The government requests leave to submit additional items of evidence as may be needed prior to or during trial.

Dated: February 2, 2026.                    Respectfully submitted,

                                            SCOTT E. BRADFORD
                                            United States Attorney

                                            _/s/ Leah K. Bolstad_
                                            LEAH K. BOLSTAD, OSB #052039
                                            Assistant United States Attorney

                                            _/s/ Ethan G. Bodell_
                                            ETHAN G. BODELL, PASB #321830
                                            Special Assistant United States Attorney